Date signed October 28, 2014



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| TAVIA RAE HARPER | : | Case No. 14-20478PM |
| | : | Chapter 7 |
| Debtor | : | |
| ROXANNE SAULSBURY | : | |
| | : | Adversary Proceeding No. 14-00457PM |
| Plaintiff | : | |
| vs. | : | |
| TAVIA RAE HARPER | : | |
| Defendant | : | |

### MEMORANDUM TO PLAINTIFF

Upon review of the record in this adversary proceeding, it appears that the summons was not properly served on the Defendant in accordance with F.R.B.P. 7004 and, as a result, the pre-trial conference scheduled for October 23, 2014, was cancelled.

cc:    All parties

**End of Memorandum**